# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 4, 2025

## NO. 03-25-00127-CV

**Cameron Harris, Appellant**

**v.**

**Chelsea True, Appellee**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the order signed by the trial court on February 12, 2025. The Court withdraws its previous judgment issued October 17, 2025, and substitutes this judgment in its place. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.